IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-0132-RWS |
| SHERARD JONES AND | : | |
| MARCUS EDWARDS, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [92] of Magistrate Judge Alan J. Baverman. After reviewing the Report and Recommendation and the Objections [93 and 95] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motions to Suppress filed by Defendant Jones [59] and Defendant Edwards [67] are hereby **DENIED**.

**SO ORDERED** this  15th  day of December, 2010.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)